No. 24-10153

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

JAMES MCNAIR,

*Petitioner-Appellant*,

v.

K. JOHNSON,

*Respondent-Appellee*.

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:23-cv-00505-MW-MAF (Hon. Mark E. Walker)

## APPELLANT'S NOTICE OF NON-RESPONSE

R. Stanton Jones
Andrew T. Tutt
Katie Weng
 ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
Fax: (202) 942-5999
stanton.jones@arnoldpoter.com
andrew.tutt@arnoldporter.com
katie.weng@arnoldporter.com

Nicole Masiello
Claire Fahlman
 ARNOLD & PORTER
  KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Fax: (212) 836-8689
nicole.masiello@arnoldporter.com
claire.fahlman@arnoldporter.com

*Counsel for Appellant James McNair*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1(a)(1) and 26.1-2(c), Appellant James McNair, through undersigned counsel, hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement.

Mr. McNair states that he is not a corporation, does not have a parent corporation, nor has he issued shares or debt securities to the public. Mr. McNair is not a subsidiary or affiliate of any publicly owned corporations.

I hereby certify that the following have an interest in the outcome of this appeal:

1. Arnold & Porter Kaye Scholer LLP, *Attorneys for Appellant*
2. Fahlman, Claire, *Attorney for Appellant*
3. Fitzpatrick, Honorable Martin A., *Magistrate Judge*
4. Jones, R. Stanton, *Attorney for Appellant*
5. K. Johnson, *Defendant-Appellee*
6. Masiello, Nicole, *Attorney for Appellant*
7. McNair, James, *Plaintiff-Appellant*
8. Or, Dana, *Attorney for Appellant*
9. Tutt, Andrew T., *Attorney for Appellant*
10. Walker, Honorable Mark E., *District Court Judge*

11. Weng, Katie, *Attorney for Appellant*

| | |
|---|---|
| Dated: April 30, 2024 | Respectfully submitted, |

R. Stanton Jones
Andrew T. Tutt
Katie Weng
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
Fax: (202) 942-5999
stanton.jones@arnoldpoter.com
andrew.tutt@arnoldporter.com
katie.weng@arnoldporter.com

*/s/ Nicole Masiello*
Nicole Masiello
Claire Fahlman
ARNOLD PORTER
  KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Fax: (212) 836-8689
nicole.masiello@arnoldporter.com
claire.fahlman@arnoldporter.com

*Counsel for Appellant James McNair*

# APPELLANT'S NOTICE OF NON-RESPONSE

Appellant James McNair respectfully gives notice that, as of the April 27, 2024 deadline to file Appellee's Brief, no brief has been served or filed.

Service of the complaint and summons was never made in this case because Mr. McNair was granted leave to proceed *in forma pauperis* by the district court—meaning the district court was responsible for serving the defendant[1]—but the district court never served the defendant, instead the court dismissed the complaint *sua sponte* at the screening stage. *See* Order Accepting R. & R., *McNair v. Johnson*,

---

[1] *See McNair v. Johnson*, No. 4:23-cv-00505 (N.D. Fla.), ECF No. 8 (granting leave to proceed *in forma pauperis*). As the instructions for *pro se* civil rights litigants state at paragraph seven:

> 7. If you are financially able to pay the filing fee, you must also pay for service of the complaint upon Defendants, although you may seek assistance from the Court. Those who are allowed to proceed *in forma pauperis* are entitled to service of the complaint upon Defendants by the United States Marshal. If you are granted leave to proceed *in forma pauperis*, you should not attempt to effect service of the complaint by yourself, nor should you mail any Defendant a request for waiver of formal service pursuant to Rule 4 of the Federal Rules of Civil Procedure. The Court will order the United States Marshal to serve the complaint on the Defendants at the appropriate time.

*United States District Court Northern District of Florida Instructions for Pro Se, Prisoner Litigants Filing Civil Rights Complaints in Actions Under 28 U.S.C. § 1331 or §1346 or 42 U.S.C. § 1983* at 2 ¶ 7, https://bit.ly/4bebvMk (emphasis in original). *See also Waseleski v. City of Brooklyn*, 2024 WL 1767279, at *4 (N.D. Ohio Apr. 24, 2024) (collecting authorities stating that Federal Rule of Civil Procedure 4(m)'s service period is tolled until a district court screens and directs service of an *in forma pauperis* complaint).

No. 4:23-cv-00505 (N.D. Fla.), ECF No. 11. Thus, the defendant was never served and there is no appellee here to defend the judgment below.

Mr. McNair requests that this Court summarily reverse the lower court's dismissal on the basis of the arguments set forth in his Brief, *see* ECF No. 15. Alternatively, in lieu of summary action in this appeal, the Court may wish to appoint an *amicus curiae* to defend the decision below.


Dated: April 30, 2024                     Respectfully submitted,

R. Stanton Jones                          */s/ Nicole Masiello*
Andrew T. Tutt                            Nicole Masiello
Katie Weng                                Claire Fahlman
ARNOLD & PORTER                           ARNOLD PORTER
  KAYE SCHOLER LLP                          KAYE SCHOLER LLP
601 Massachusetts Avenue, NW              250 West 55th Street
Washington, DC 20001                      New York, NY 10019-9710
Telephone: (202) 942-5000                 Telephone: (212) 836-8000
Fax: (202) 942-5999                       Fax: (212) 836-8689
stanton.jones@arnoldpoter.com             nicole.masiello@arnoldporter.com
andrew.tutt@arnoldporter.com              claire.fahlman@arnoldporter.com
katie.weng@arnoldporter.com

*Counsel for Appellant James McNair*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Intent to File an Application for a Certificate of Appealability was filed electronically on April 30, 2024 and will therefore be served electronically upon all counsel.

*/s/ Nicole Masiello*
Nicole Masiello

*Counsel for Appellant James McNair*